UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY KIMMONS,<br>Plaintiff,<br>v.<br>SACRAMENTO SHERIFF DEPARTMENT, et al.,<br>Defendants. | No. 2:26-cv-1512-DC-CKD (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMNEDATIONS</u><br><br>(ECF Nos. 11, 12) |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On May 11, 2026, the magistrate judge filed findings and recommendations herein, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) Plaintiff filed objections to the findings and recommendations. (ECF No. 14.) In her objections, Plaintiff does not object to the finding that she has failed to state any cognizable claims for relief in her second amended complaint (which she entitled, "Eighth Amended Complaint"). Rather, Plaintiff asks for another opportunity to amend her complaint. (*Id.*) However, Plaintiff does not offer any additional factual allegations that she would include in a further amended complaint. Further, as emphasized in the findings and recommendations, granting further leave to amend would be futile here because "[t]wice previously, the court has advised plaintiff of the deficiencies in the claims she seeks to bring arising out of these underlying events and omissions." (ECF No. 11 at 4.) Thus, the court finds

Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 11, 2026 (ECF No. 11), are ADOPTED;
2. Plaintiff's second amended complaint (titled Eighth Amended Complaint) is dismissed without further leave to amend for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Dena Coggins
United States District Judge